# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND SCOTT and CARLA SCOTT, | Case No.: 1:18-cv-0649 -AWI- JLT |
| Plaintiffs, | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION IN LIGHT OF THE NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| BLUEGREEN VACATIONS CORPORATION, | (Doc. 13) |
| Defendant. | |

On December 11, 2018, Plaintiffs Raymond Scott and Carla filed a Notice of Dismissal, indicating the "action is dismissed by the Plaintiffs in its entirety, without prejudice… pursuant to Fed.R.Civ.P.41(a)(1)(A)(i)." (Doc. 13 at 1) Pursuant to Rule 41(a), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because the defendants had not filed an answer or motion for summary judgment, the action was automatically terminated. *Id.* Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **December 14, 2018**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE